UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-61795-CIV-ALTONAGA/Seltzer

EMILY FULLER,

    Plaintiff,

vs.

JILL ACQUISITION, LLC, a foreign limited
liability company,

    Defendant.
_____/

## DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE DATED OCTOBER 26, 2017

Defendant, Jill Acquisition, LLC hereby files its response to the Court's October 26, 2017 Order [EFC No. 16], with respect to an appearance to show cause for failure to comply with Court Orders [EFC No. 7 and EFC No. 15], as follows:

1. On September 21, 2017, this Court entered an Order requiring parties to file certificates of interested parties and corporate disclosure statements, by October 20, 2017 [EFC No. 7].

2. Upon review of their calendar, it appears that counsel for the Defendant, Jill Acquisition, LLC, did not have the due date of October 20, 2017 on the calendar, for filing its certificate of interested parties and corporate disclosure statement, and accordingly, no filing occurred on October 20, 2017.

3. Subsequently, an Order was entered on October 23, 2017 [EFC No.15] again requiring that the certificate of interested parties and corporate disclosure statement be filed, by October 25, 2017.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
100 SOUTHEAST SECOND STREET • SUITE 3800 • MIAMI, FLORIDA 33131
TELEPHONE (305) 374-4400 • FACSIMILE (305) 579-0261

1130307v.1

CASE NO. 17-61795-CIV-ALTONAGA/Seltzer

4. On that day, October 25, 2017, the two attorneys handling this matter for Jill Acquisition, LLC, Anthony P. Strasius and Erin McGrath, were respectively in Jacksonville, Florida in a mediation that lasted all day, and in a trial all day in Palm Beach County.

5. Each attorney erroneously thought the other would be handling this obligation.

6. Admittedly, counsel for Jill Acquisition, LLC did not timely file its certificate of interested parties and corporate disclosure statement.

7. Both attorneys representing Jill Acquisition, LLC, Anthony P. Strasius and Erin A. McGrath, profoundly regret their oversights, and apologize to the Court.

8. The required certificate of interested parties and the corporate disclosure statement have now been filed. [Exhibit "A"]

9. Counsel for Jill Acquisition, LLC respectfully suggest to the Court that they, not their out-of-state client, are solely responsible for this oversight.

10. This oversight by the attorneys was certainly not intentional, and it absolutely was not meant to disrespect or intentionally disobey a Court Order.

11. Undersigned counsel therefore respectfully request that no sanctions be entered, or otherwise have the opportunity to apologize to the court personally without the expense of causing their client Jill Acquisition LLC present in person.

Respectfully submitted,

By: /s/ Anthony P. Strasius
ANTHONY P. STRASIUS
Florida Bar No. 988715
anthony.strasius@wilsonelser.com
ERIN MCGRATH
Florida Bar No. 101139
erin.mcgrath@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
100 SOUTHEAST SECOND STREET • SUITE 3800 • MIAMI, FLORIDA 33131
TELEPHONE (305) 374-4400 • FACSIMILE (305) 579-0261

1130307v.1

CASE NO. 17-61795-CIV-ALTONAGA/Seltzer

100 Southeast Second Street-Suite 3800
Miami, Florida 33131
Telephone: (305) 374-4400
Facsimile: (305) 579-0261
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of such filing by email to the following:

Pelayo M. Duran, Esq.
pduran@pelayoduran.com
Law Office of Pelayo Duran, P.A.
4640 N.W. 7th Street
Miami, FL 33126-2309

Roderick V. Hannah, Esq.
rhannah@rhannahlaw.com
Roderick V. Hannah, Esq., P.A.
8751 W. Broward Blvd., Suite 303
Plantation, FL 33324

By: */s/ Anthony P/ Strasius*
Anthony P. Strasius

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
100 SOUTHEAST SECOND STREET • SUITE 3800 • MIAMI, FLORIDA 33131
TELEPHONE (305) 374-4400 • FACSIMILE (305) 579-0261

1130307v.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-61795-CIV-ALTONAGA/Seltzer

EMILY FULLER,

    Plaintiff,

vs.

JILL ACQUISITION, LLC, a foreign limited
liability company,

    Defendant.
_____/

**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Court's September 21, 2017 Order, Jill Acquisition, LLC, by and through its undersigned counsel identifies the following interested parties and corporate disclosures:

1. Complete list of any and all persons, associated persons, firms, partnerships, and/or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a Party:

    a. Emily Fuller – Plaintiff
    b. Roderick V. Hannah, Esq. – Counsel for Plaintiff
    c. Roderick V. Hannah, P.A. – Counsel for Plaintiff
    d. Pelayo M. Duran, Esq. – Counsel for Plaintiff
    e. Law Offices of Pelayo Duran, P.A. – Counsel for Plaintiff
    f. Jill Acquisition, LLC – Defendant
    g. Anthony P. Strasius, Esq. – Counsel for Defendant
    h. Erin A. McGrath, Esq. – Counsel for Defendant
    i. Wilson Elser Moskowitz Edelman & Dicker, LLP – Counsel for Defendant
    j. Jill Acquisition, LLC incorporates by reference any and all individuals/entities identified within Plaintiff's Certificate of Interested Persons and Corporate Disclosure Statement.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
100 SOUTHEAST SECOND STREET • SUITE 3800 • MIAMI, FLORIDA 33131
TELEPHONE (305) 374-4400 • FACSIMILE (305) 579-0261

1130302v.1


EXHIBIT "A"

CASE NO. 17-61795-CIV-ALTONAGA/Seltzer

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    a. Jill Acquisition, LLC certifies that it is a wholly owned subsidiary of J. Jill, Inc., a publicly traded company.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None known.**

4. The name of each victim (individual and corporate), of civil and criminal conflict alleged to be wrongful, including every person who may be entitled to restitution:

**None known.**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing upon learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

Respectfully submitted,

By: /s/ Anthony P. Strasius
ANTHONY P. STRASIUS
Florida Bar No. 988715
anthony.strasius@wilsonelser.com
ERIN MCGRATH
Florida Bar No. 101139
erin.mcgrath@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
100 Southeast Second Street-Suite 3800
Miami, Florida 33131
Telephone: (305) 374-4400
Facsimile: (305) 579-0261
*Attorneys for Defendant*

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
100 SOUTHEAST SECOND STREET • SUITE 3800 • MIAMI, FLORIDA 33131
TELEPHONE (305) 374-4400 • FACSIMILE (305) 579-0261

1130302v.1

CASE NO. 17-61795-CIV-ALTONAGA/Seltzer

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 26, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of such filing by email to the following:

Pelayo M. Duran, Esq.
pduran@pelayoduran.com
Law Office of Pelayo Duran, P.A.
4640 N.W. 7th Street
Miami, FL 33126-2309

Roderick V. Hannah, Esq.
rhannah@rhannahlaw.com
Roderick V. Hannah, Esq., P.A.
8751 W. Broward Blvd., Suite 303
Plantation, FL 33324

By: /s/ Anthony P. Strasius
Anthony P. Strasius

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
100 SOUTHEAST SECOND STREET • SUITE 3800 • MIAMI, FLORIDA 33131
TELEPHONE (305) 374-4400 • FACSIMILE (305) 579-0261

1130302v.1